# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADONACA MOORE,<br><br>               Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C23-0279-SKV |

      **Jury Verdict.**  This action comes before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    By Order of the Court, the decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

    Dated 28th day of July, 2023.

                                                                                    RAVI SUBRAMANIAN
                                                                                     Clerk

                                                                                      s/ Stefanie Prather
                                                                                      Deputy Clerk